AO 245B (Rev. 10/15) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SHIRLEY HERRERA COLORADO | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 113C 1:12-20931-CR-WILLIAMS-01<br>USM Number: 12701-104<br><br>Luis I. Guerra, Esq.,<br>Defendant's Attorney |

**THE DEFENDANT:**

X pleaded guilty to count(s)    One of the Two-Count Indictment.

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 21 U.S.C. § 963 | Conspiracy to distribute five or more kilograms of cocaine knowing it would be imported into the United States. | 1/31/1997 | 1 |

The defendant is sentenced as provided in pages 2    9    of this judgment. The sentence is imposed the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

X Count(s)    remaining    ☐ is    X are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1/22/2016
Date of Imposition of Judgment

*[Signature]*
Signature of Judge

KATHLEEN M. WILLIAMS, United States District Judge
Name and Title of Judge

Date 2/2/16

AO 245B (Rev. 10/15) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 9

DEFENDANT: Shirley Herrera Colorado
CASE NUMBER: 113C 1:12-20931-CR-WILLIAMS-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

(150) Months as to Count 1 of the Indictment.

X  The court makes the following recommendations to the Bureau of Prisons:
**See Court Order attached to this Judgment in a Criminal Case.**

☐  The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

X  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X  before 2 p.m. on   3/7/2016 at 12:00 noon   .

X  as notified by the United States Marshal.

X  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

a _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 10/15) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page 3 of 9

DEFENDANT: Shirley Herrera Colorado
CASE NUMBER: 113C 1: 12-20931-CR-WILLIAMS-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

(5) Years as to Count 1 of the Indictment with the following special conditions:

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

X The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

X The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: Shirley Herrera Colorado
CASE NUMBER: 113C 1: 12-20931-CR-WILLIAMS-01

## SPECIAL CONDITIONS OF SUPERVISION

**Cooperating with Immigration during Removal Proceedings:**

The Defendant shall cooperate in any removal proceedings initiated or pending by the U.S. Immigration and Customs Enforcement consistent with the Immigration and Nationality Act.
If removed, the Defendant shall not reenter the United States without the prior written permission of the Secretary of Homeland Security. The term of probation shall be non-reporting while the Defendant is residing outside the United States. If the Defendant reenters the United States within the term of probation, the Defendant is to report to the nearest U.S. Probation Office within 72 hours of the Defendant's arrival.

**Financial Disclosure Requirement:**

The Defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer.

**Self-Employment Restriction:**

The Defendant shall obtain prior written approval from the Court before entering into any self-employment.

Judgment — Page 5 of 9

DEFENDANT: Shirley Herrera Colorado
CASE NUMBER: 113C 1: 12-20931-CR-WILLIAMS-01

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 50,000.00 | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| U.S. CLERK'S OFFICE<br>Attn: FINANCIAL SECTION<br>400 N. Miami Avenue<br>RM 8N09<br>Miami, Florida 33128 | | | |

| **TOTALS** | $ | $ |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: Shirley Herrera Colorado
CASE NUMBER: 113C 1: 12-20931-CR-WILLIAMS-01

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  **X**  Lump sum payment of $ 100.00 due immediately, balance due

  ☐ not later than _____, or
  ☐ in accordance  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

**X** The defendant shall forfeit the defendant's interest in the following property to the United States:
  Forfeiture of the Defendant's right, title and interest in certain property is hereby ordered consistent with the plea agreement.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20931-CR-WILLIAMS

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

SHIRLEY HERRERA COLORADO,

    *Defendant.*

_____/

## ORDER RECOMMENDING THAT THE BUREAU OF PRISONS WAIVE THE PUBLIC SAFETY FACTOR "H" AND APPLY A MANAGEMENT VARIABLE TO REDUCE CLASSIFICATION TO MINIMUM, AND RECOMMENDING THE DEFENDANT BE DESIGNATED TO THE FEDERAL PRISON CAMP-COLEMAN, FLORIDA

THIS CAUSE is before the Court on the defendant's unopposed motion requesting the Court recommend to the Bureau of Prisons (BOP) that the defendant be assigned to a minimum-security federal prison camp, preferably FPC-Coleman in Florida. The Court makes the following findings:

1.    The defendant is a Colombian national who entered the United States in January 2014, at the request of and in cooperation with the U. S. Attorney for the Southern District of Florida, to voluntarily surrender in U. S. District Court in the Southern District of Florida for purposes of prosecution for the offense charged in this case.

2.    The defendant was immediately released on a personal surety bond. She has appeared in court and at meetings with the government attorneys and agents as required and has made herself available to them as requested. She has been residing in Miami, Florida at the address provided in her Presentence Report for the two years she has been on bond. She has been supervised by government agents and has complied with all requirements of her bond release.

3.      Based upon the U.S. Department of Justice, Federal Bureau of Prisons Program Statement P5100.08, the defendant's Designation and Custody Classification results in a score of 6 points or less. This score ordinarily results in a minimum-security classification and designation to a federal prison camp.

4.      The defendant is not a U.S. Citizen, and according to Public Safety Factor "H" is deemed a "removable alien". As a removable alien, her risk classification will be "LOW," making her ineligible for designation to a minimum security federal prison camp. However, that determination is discretionary and BOP may employ a management variable that would allow for a reduction of the defendant's custody classification from LOW to MINIMUM, pursuant to BOP Program Statement P5100.08

5.      The parties agree the defendant does not pose a risk to public safety as contemplated by BOP Program Statement P5100.08 and Public Safety Factor "H" due to her unique circumstances of entering and remaining in the United States and her continued cooperation in the prosecution and sentencing of her case.

6.      The defendant has demonstrated a desire to comply with the laws of the United States and has agreed to comply with any future proceedings and/or orders by the U.S. Immigration and Customs Enforcement relating to her non-citizen status.

Based upon the aforementioned factors, the Court concurs with the recommendation of the parties and would recommend that BOP waive the Public Safety Factor "H" and employ the management variable that would allow for a reduction of the defendant's custody classification from LOW to MINIMUM, pursuant to BOP Program Statement P5100.08, and place her in a federal prison camp, preferably FPC-Coleman, or in the alternative, the federal prison camp for women closest to Miami, Florida.

DONE AND ORDERED in chambers at Miami, Florida this _1st_ day of _February_, 2016.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: Counsel of record