Shirley Herrera Colorado
Reg# 107-01-104 FJV
FCI ~ Tallahassee
P.O. Box 5000
Tallahassee Fl. 32314

12 CR 20931

Case No: ~~12931-CR~~-Williams

FILED BY PG D.C.
FEB 13 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

United States District Court
Souther District of Florida

Memorandum Requesting The Court intervention for Sentence Reduction Pursuant to Federal Rule 35

Esteem Honorable Judge Kathleen M. Williams:

With utmost respect, cordial salutation and deep gratitude, I come before your Honorable Judge and this Honorable Court, on my own recognizance, to convey a burdensome inquietude, beseeching your Honorable intervention ~ to once again, be privileged to return to your Honorable Court for my Sentence reduction, on my Rule 35 in the presence of Honorable Judge Kathleen Williams and this Honorable Court.

First: Throughout my pre-sentence process - I was granted U.S. Bond for 2 yrs., although not being a U.S. Citizen, and also granting me a great recommendation to Coleman Camp for housing, due to my good faith and excellent conduct... for all this I am Eternally grateful.

Secondly: on January 22, 2016 - I was sentenced to 150-months, exactly 4-yrs ago, with the expectation to reappear before your Honorable Court, for my reduction for Rule 35, as your Honor had order.

And, as I wait upon my return to Court, I continue to improve myself: taking full advantage of classes offered in Psychology and the Education Departments. I maintain perfect conduct, living in the Honor Dorm, and programing for Rehabilitation

However, I have a heavy inquietude that must be addressed to this Honorable Court: I feel that my Prosecutor, Mr. Michael Nattler and my defense attorney, Mr. Luis Guerra, are not being honest with me; because Mr. Natler does not want me to return to this Honorable Court ~ he wants me to settle for only a 20% sentence reduction for my Rule 35. After the Substantial assistance and/or cooperation with total transparency in my case, and other cases as well. And, moreover, it seems as if my attorney, Mr. Guerra, is not defending me, against Mr. Natler's unilateral final decision. They are not agreeing on a fair and just reduction ~ leaving me in limbo ~ this is not fair.

I remember my original Prosecutor, Mr. Dustin Davis, we had many meetings in the Bahama in 2013. I, and my entire organization surrendered willingly. Mr. Davis, reassured that everything would go very well for me, because of my transparency - and good faith - I always felt his honesty and sincerity. unfortunately for me, he was re-placed by Mr. Natler, who is not taking history into consideration, together with my extentive hard work, in my thorough cooperation with Mr. Davis, and I don't feel fairly compensated, by Mr. Natler, not adhering to the original agreement.

It is based on the foregoing, that I humbly, and in good faith ask this Honorable Court and/or Honorable Judge to intervine in arrangement of a Sentence hearing for fair and Just Sentence - where justice takes interest, and both parties acquiesce, to construe a just and fair Sentence, adhering to the original agreement under the scale of justice and balance, conforming to the federal Law of Rule 35 ~ in the presence of this Honorable Court / Honorable Judge.

I close with this thought and words: I thank God for this Great Country - for its freedoms today, allowing me the freedom of Speech and of the Press - with all of its responsibility of honesty and truth.

Respectfully,

Shirley Herrera Colora

Attached: 1) Judgment in Criminal case Pg 7-9
2) Program Review
3) Case Manager Ms. Hunter for any questions-
4) Mr. Manuel Recio - DEA Investigator (305) 796-7463

cc: Prosecutor - Mr. Natler
Defense att: Mr. Guerra

AO 245B (Rev. 10/15) Judgment in a Criminal Case
Sheet 1

FILED BY ___ D.C.
FEB 13 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT

Southern District of Florida

UNITED STATES OF AMERICA
v.
SHIRLEY HERRERA COLORADO

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 113C 1:12-20931-CR-WILLIAMS-01

USM Number: 12701-104

Luis I. Guerra, Esq.,
Defendant's Attorney

**THE DEFENDANT:**

X pleaded guilty to count(s) One of the Two-Count Indictment.

pleaded nolo contendere to count(s) which was accepted by the court.

was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 963 | Conspiracy to distribute five or more kilograms of cocaine knowing it would be imported into the United States. | 1/31/1997 | 1 |

The defendant is sentenced as provided in pages 2 9 of this judgment. The sentence is imposed the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

X Count(s) remaining ☐ is X are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1/22/2016
Date of Imposition of Judgment

Signature of Judge

KATHLEEN M. WILLIAMS, United States District Judge
Name and Title of Judge

2/2/16
Date

DEFENDANT: Shirley Herrera Colorado
CASE NUMBER: 113C 1:12-20931-CR-WILLIAMS-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

(150) Months as to Count 1 of the Indictment.

X The court makes the following recommendations to the Bureau of Prisons:
**See Court Order attached to this Judgment in a Criminal Case.**

☐ The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐ at ________ ☐ a.m. ☐ p.m. on ________.

☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X before 2 p.m. on 3/7/2016 at 12:00 noon.

X as notified by the United States Marshal.

X as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ________ to ________

a ________, with a certified copy of this judgment.

________
UNITED STATES MARSHAL

By ________
DEPUTY UNITED STATES MARSHAL

Case 1:12-cr-20931-KMW Document 122 Entered on FLSD Docket 02/02/2016 Page 3 of 9

AO 245B (Rev. 10/15) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page 3 of 9

DEFENDANT: Shirley Herrera Colorado
CASE NUMBER: 113C 1: 12-20931-CR-WILLIAMS-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
(5) Years as to Count 1 of the Indictment with the following special conditions:

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

X The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

X The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: Shirley Herrera Colorado
CASE NUMBER: 113C I: 12-20931-CR-WILLIAMS-01

## SPECIAL CONDITIONS OF SUPERVISION

**Cooperating with Immigration during Removal Proceedings:**

The Defendant shall cooperate in any removal proceedings initiated or pending by the U.S. Immigration and Customs Enforcement consistent with the Immigration and Nationality Act.
If removed, the Defendant shall not reenter the United States without the prior written permission of the Secretary of Homeland Security. The term of probation shall be non-reporting while the Defendant is residing outside the United States. If the Defendant reenters the United States within the term of probation, the Defendant is to report to the nearest U.S. Probation Office within 72 hours of the Defendant's arrival.

**Financial Disclosure Requirement:**

The Defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer.

**Self-Employment Restriction:**

The Defendant shall obtain prior written approval from the Court before entering into any self-employment.

DEFENDANT: Shirley Herrera Colorado
CASE NUMBER: 113C 1: 12-20931-CR-WILLIAMS-01

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ 50,000.00 | $ |

☐ The determination of restitution is deferred until ________. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| U.S. CLERK'S OFFICE<br>Attn: FINANCIAL SECTION<br>400 N. Miami Avenue<br>RM 8N09<br>Miami, Florida 33128 | | | |

| TOTALS | $ ________ | $ ________ |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.



# Individualized Reentry Plan - Program Review (Inmate Copy)

SEQUENCE: 01993735

Dept. of Justice / Federal Bureau of Prisons

Team Date: 08-27-2019

Plan is for inmate: COLORADO, SHIRLEY HERRERA 12701-104

| | | | |
|---|---|---|---|
| Facility: | TAL TALLAHASSEE FCI | Proj. Rel. Date: | 01-25-2027 |
| Name: | COLORADO, SHIRLEY HERRERA | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 12701-104 | DNA Status: | PREBOP TST / 02-25-2016 |
| Age: | 58 | | |
| Date of Birth: | 04-17-1961 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| TAL | A UNIT | A UNIT ORDERLY | 08-12-2019 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| TAL | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 05-25-2016 |
| TAL | GED XN | EXEMPT GED NON-PROMOTABLE | 04-04-2016 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| TAL | | DIALYSIS TECH PART 2 | 07-05-2019 | CURRENT |
| TAL | | CELEBRATE RECOVERY | 01-10-2019 | CURRENT |
| TAL | | LEATHER CLS M,W,TH,F 1800-2030 | 07-17-2019 | CURRENT |
| TAL F | C | ACE - HEMODIALYSIS I | 03-26-2019 | 06-11-2019 |
| TAL F | C | SPANISH KNITTING | 03-30-2019 | 05-18-2019 |
| TAL F | C | BEGINNING CARDMAKING CLASS | 04-07-2018 | 05-19-2018 |
| TAL F | C | VALUES REL SVC | 01-25-2018 | 04-19-2018 |
| TAL F | C | HOME KEEPING IT GOING | 12-04-2017 | 12-15-2017 |
| TAL F | C | MAVIS BEACON TYPING CLASS | 09-20-2017 | 11-16-2017 |
| TAL F | C | RETURING HOME | 11-13-2017 | 11-17-2017 |
| TAL F | C | RPP#6 GANG INVOLVEMENT | 11-13-2017 | 11-17-2017 |
| TAL F | C | RPP#6 SLEEP DISTURBANCES | 11-13-2017 | 11-17-2017 |
| TAL F | C | INTRO TO FASHION DESIGN | 08-21-2017 | 10-30-2017 |
| TAL F | C | RPP#6 DEALING W/ DOM VIOLENCE | 09-18-2017 | 10-06-2017 |
| TAL F | C | WOMEN'S HEALTH | 09-05-2017 | 09-22-2017 |
| TAL F | C | MANAGING YOUR EMOTIONS | 05-18-2017 | 08-17-2017 |
| TAL F | C | RPP#6 RELATIONSHIP ISSUES | 07-05-2017 | 08-04-2017 |
| TAL F | C | RPP#6 THINKING FOR A CHANGE | 07-05-2017 | 08-04-2017 |
| TAL F | C | LIFE IN BALANCE | 07-05-2017 | 08-04-2017 |
| TAL F | C | RPP#6 SELF DISCOVERY | 07-03-2017 | 07-07-2017 |
| TAL F | C | MANAGING EMOTIONS | 06-19-2017 | 06-30-2017 |
| TAL F | C | RPP#6 MANAGING ANGRY FEELINGS | 06-05-2017 | 06-16-2017 |
| TAL F | C | RPP#6 MANAGING ANGRY FEELINGS | 05-15-2017 | 06-02-2017 |
| TAL F | C | RPP#6 MANAGING STRESS | 04-24-2017 | 04-28-2017 |
| TAL F | C | RPP #6 DEVELOPING INSIGHT | 05-01-2017 | 05-12-2017 |
| TAL F | C | ADJUSTING TO PRISON | 04-17-2017 | 04-24-2017 |
| TAL F | C | INTERPERSONAL COMMUNICATIONS | 03-10-2017 | 05-05-2017 |
| TAL F | C | WOMAN'S HEALTH | 03-28-2016 | 05-21-2016 |
| TAL F | C | AIDS AWARE RPP#1 | 03-08-2016 | 03-08-2016 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| *** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS *** | |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-09-2016 |

## Individualized Reentry Plan - Program Review (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: COLORADO, SHIRLEY HERRERA 12701-104

SEQUENCE: 01993735
Team Date: 08-27-2019

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 03-14-2016 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 03-07-2016 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-09-2016 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-09-2016 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 03-28-2016 |

**FRP Details**

Most Recent Payment Plan

**FRP Assignment:** **PART** **FINANC RESP-PARTICIPATES** **Start: 03-28-2016**

Inmate Decision: **AGREED** **$50.00** Frequency: **MONTHLY**

Payments past 6 months: **$293.37** Obligation Balance: **$48,731.63**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | |
| 2 | FINE | $50,000.00 | $48,731.63 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 08-13-2019 | TAL | PAYMENT | INSIDE PMT | $50.00 |
| | 07-11-2019 | TAL | PAYMENT | INSIDE PMT | $50.00 |
| | 06-12-2019 | TAL | PAYMENT | INSIDE PMT | $50.00 |
| | 05-14-2019 | TAL | PAYMENT | INSIDE PMT | $43.37 |
| | 04-13-2019 | TAL | PAYMENT | INSIDE PMT | $50.00 |
| | 03-12-2019 | TAL | PAYMENT | INSIDE PMT | $50.00 |

**Payment Details**

Trust Fund Deposits - Past 6 months: $3,890.68 Payments commensurate ? Y

New Payment Plan: ** No data **

**Progress since last review**

Since her last team, Colorado has enrolled in the Celebrate Recovery course, in addition to completing other programming courses (see transcript). Colorado is assigned as an A-Unit orderly, in which receives good work performance evaluations. Colorado has maintained clear conduct for the past year. Good Job!

**Next Program Review Goals**

The following short term goals are recommended:
* Enroll/Complete the Leather class by March, 2020.

**Long Term Goals**

The following long term goals are recommended:
*Enroll/Complete a VT Program of your choice by September, 2021.

**RRC/HC Placement**

**Comments**

No additional information at this time.

Archived as of 08-27-2019 Individualized Reentry Plan - Program Review (Inmate Copy) Page 2 of 3



**Individualized Reentry Plan - Program Review (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: COLORADO, SHIRLEY HERRERA 12701-104

SEQUENCE: 01993735
Team Date: 08-27-2019

Name: COLORADO, SHIRLEY
Register No.: 12701-104
Age: 58
Date of Birth: 04-17-1961

DNA Status: PREBOP TST / 02-25-2016

Inmate (COLORADO, SHIRLEY HERRERA. Register No.: 12701-104)

Date

Unit Manager / Chairperson

Case Manager

Date

Date

Archived as of 08-27-2019 Individualized Reentry Plan - Program Review (Inmate Copy) Page 3 of 3



RITY®
IL ★

PRIORITY®
★ MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Shieley Herrera Colorado
FCI - Tallahassee
P.O. Box 5000
Tallahassee, FL 32314

VELOPE
IGHT*

TO: United States District Court
Southern District of Florida
Miami Division
400 North Miami AVE. Room 8
Miami, FL 33128

Legal Flat Rate Envelope
EP14L February 2014
OD: 15 x 9.5

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

nts, the maximum weight is 4 lbs.