UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20931-CR-WILLIAMS

UNITED STATES OF AMERICA
    *Plaintiff,*

vs.

SHIRLEY HERRERA COLORADO
    *Defendant.*
_____/

### RENEWED MOTION FOR COMPASSIONATE RELEASE
### BASED ON COVID-19 VARIANTS

Defendant, SHIRLEY HERRERA COLORADO (Ms. Colorado), through undersigned counsel, and pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, respectfully moves this Court for an order reducing Ms. Colorado's sentence to time served based on the new dangers posed by the SARS-CoV-2 (SARS-2) variants. The government opposes this motion.

### THE NEW VARIANTS ENHANCE TRANSMISSION AND MORTALITY OF THE
### SARS-2 VIRUS AND OF CONTRACTING COVID-19

On September 23, 2020, Ms. Colorado filed a motion for compassionate release based on the COVID-19 pandemic. On October 9 2020, the Court denied Ms. Colorado's motion. As the world awaited the vaccines against SARS-2 to be released in December, 2020, new variants to the virus were developing. These variants are now present and proliferating and questions exist as to the efficacy of the developed vaccines against these new variants.

The three new variants are referred to as the UK or Kent (B.1.1.7) variant, the South African (B.1.351) variant, and the Brazilian (P1) variant. All three variants seem

1

to attach to human cells more easily. What's more, there are serious questions whether the vaccines developed in 2020 to fight against the original SARS-2 virus, will work against the new variants. *See* Michelle Roberts, *Covid variants: What are they and will vaccines work?,* BBC News online, (Feb.16, 2021)(suggesting that UK variant creates a 30% higher risk of death than the original strain); Michaeleen Doucleff, *Why Scientists are very worried about the variant from Brazil*, NPR, (Jan. 27 2021)(noting that the new "Brazilian variant" devastated Manaus, Brazil, even though the city was considered to have reached herd immunity after infection from the original SARS-2 in April, 2020); Rong-Gong Lin II, New Fears of Next Coronavirus wave as case declines slow and Variants Grow, Los Angeles Times (Feb. 27, 2021)(Noting that a new wave of infection is drawing near and questions exist about the new variants). In sum, there is concern that antibodies created by infection of vaccination may not be effective against these new strains.

     Ms. Colorado has already been vaccinated at the FCI Tallahassee. However, as noted above, new variants have been discovered that may be resistant to current vaccines. As noted in her original motion for compassionate release, Ms. Colorado suffers from hypertension and type 2 diabetes. Both conditions increase her chances of suffering serious physical consequences if she were to test positive for a new variant of the SARS-2 virus. Accordingly, the existence of the new, more contagious variants of SARS-2, together with Ms. Colorado's pre-existing medical conditions, warrant her immediate release.

## CONCLUSION

The new SARS-2 variants, together with Ms. Colorado's pre-existing medical condition and the ongoing COVID-19 pandemic, create extraordinary and compelling reasons to grant compassionate release in the instant case. Additionally, Ms. Colorado does not constitute a danger to the community and the 3553(a) factors support Ms. Colorado's compassionate release. This Court should therefore grant this renewed motion and release Ms. Colorado. Ms. Colorado's current release date is for June 3, 2021.

WHEREFORE, Ms. Colorado respectfully requests that this Court grant her motion for compassionate release as outlined above.

Respectfully Submitted,

*s/ Luis I Guerra*

LUIS I. GUERRA
THE GUERRA LAW FIRM, P.A.
Florida Bar No. 841961
luis@lglpa.com
1395 Brickell Ave, Ste 800
Miami, FL 33131
(305) 461-3638 (Office)
(877) 750-8990 (Fax)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will serve all parties.

                                                                   s/ *Luis I. Guerra*
                                                                     Luis I. Guerra
                                                                     Florida Bar No. 841961